# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

JARVIS O. BAKER,

       Plaintiff,

vs.

UNNAMED,

       Defendant.

No. C17-0054-LRR

**ORDER**

---

The matter before the court is the plaintiff's letter, which the clerk's office construed as a complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 397 (1971). The clerk's office filed such complaint on May 18, 2017. The plaintiff did not submit the required filing fee or an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $400.00 filing fee for civil actions, except that on application for a writ of habeas corpus the filing fee is $5.00); 28 U.S.C. § 1915 (explaining in forma pauperis proceedings). Further, the plaintiff's letter is not sufficient to commence an action. *See* Fed. R. Civ. P. 3 (indicating a civil action is commenced by filing a complaint); *see also* Fed. R. Civ. P. 8 (addressing general rules of pleading). Consequently, the court is unsure what type of action, if any, that the plaintiff is trying to commence. Further, to the extent the plaintiff does desire to pursue a federal action, venue in this district is not proper; venue is proper in the district where the plaintiff is confined because that is where the events he complains about occurred. *See generally* 28 U.S.C. § 1391(b). In light of the foregoing, this action is dismissed without

prejudice.

**IT IS SO ORDERED**

**DATED** this 19th day of May, 2017.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA